## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL GEORGE,** | **Civil Action** |
| *Plaintiff*, | |
| *v.* | **No. 23-cv-3939** |
| **PIEDMONT AIRLINES, INC.,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this  3rd day of January, 2025, upon consideration of Defendant Piedmont Airlines, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 25), and Plaintiff's Response in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and this case is **DISMISSED** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

BY THE COURT:

*/s/   Mitchell S. Goldberg*

_____

**Mitchell S. Goldberg,            J.**